1  LAURA CLAUSON FERREE, Cal. Bar No. 258127
   JESSICA HILLER, Cal. Bar No. 308063
2  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 D Street
3  Marysville, CA 95901
   Telephone: 530.742.5191
4  Facsimile: 530.742.0491
   Email:    jhiller@crla.org
5             lferree@crla.org

6  DAVID S. CANNON, Cal. Bar No. 209501
   SNEHAL DESAI, Cal. Bar No. 309434
7  DANIEL R. FONG, Cal. Bar No. 311985
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone: 415.434.9100
   Facsimile: 415.434.3947
11 Email:    dcannon@sheppardmullin.com
             sndesai@sheppardmullin.com
12           dfong@sheppardmullin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, ROBERT MCMULLEN II, RIA HAGAN, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>Defendants. | Case No. 2:18-cv-00522-TLN-KJN<br><br>**STIPULATION AND JOINT MOTION FOR MODIFICATION OF THE INITIAL SCHEDULING ORDER TO EXTEND THE DISCOVERY CUTOFF DATE AND ORDER THEREON**<br><br>Judge: Hon. Hon. Troy L. Nunley<br><br>Magistrate Judge: Hon. Kendall J. Newman<br><br>No Trial Date Scheduled |

This stipulation is submitted by Plaintiffs and Defendants, through their respective counsel of record.

STIPULATION AND JOINT MOTION TO AMEND THE SCHEDULING ORDER AND ORDER THEREON- 1 -

1        The parties respectfully submit this stipulation to modify the case scheduling order and
2  continue non-expert discovery for an additional forty-five days from the current deadline of
3  **February 16, 2019** to **April 1, 2019**. Since no trial has been scheduled, this request will not affect
4  the Court's calendar.
5        This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure
6  for good cause. Plaintiffs diligently pursued both written discovery and depositions and have: (1)
7  noticed and taken the depositions of five third-party entities; (2) have noticed and are attempting to
8  reschedule a sixth and final third-party deposition; and (3) have noticed four depositions of
9  Defendants. Defendant City of Yuba City has noticed the depositions of the ten Plaintiffs. All
10 fifteen noticed depositions are currently scheduled to take place before the close of discovery on
11 February 16, 2019, however, counsel for Sutter County has advised that he is unavailable for the
12 majority of these depositions. Furthermore, the Plaintiffs' depositions will be difficult to arrange as
13 noticed because they are homeless and lack transportation and consistent cell phone service. This
14 makes confirmation of the dates originally scheduled and their attendance at depositions in
15 Sacramento difficult without additional time to ensure adequate advance notice and transportation
16 to the depositions. In order to ensure that the depositions go forward expeditiously despite the
17 current scheduling challenges, the parties conferred on January 18 and January 23, 2019, and made
18 arrangements to finalize dates for the fifteen remaining depositions to ensure that they are
19 completed by April 1, 2019, the proposed new discovery deadline.
20       The parties jointly seek a short forty-five day extension of time to ensure adequate time to
21 complete all noticed depositions. The extension of time will not affect the Court's calendar since
22 trial has not been scheduled. This case is likely to resolve in part or whole based on motions for
23 summary judgment, which will be filed within 180 days of the close of discovery pursuant to the
24 Court's Initial Scheduling Order. The case schedule has been modified only once, to extend the
25 discovery deadline to February 16, 2019 (*see* Doc. 30).
26       For reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is
27 met and hereby stipulate as follows: that the current deadline for completing discovery be extended
28 to April 1, 2019.

STIPULATION AND JOINT MOTION TO AMEND THE SCHEDULING ORDER AND ORDER THEREON- 2 -

Dated: January 23, 2019     **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Laura Clauson Ferree
    Laura Clauson Ferree
    Attorney for Plaintiffs

Dated: January 23, 2019     **PORTER SCOTT**

By: /s/ John R. Whitefleet (as authorized on 01/23/19)
    John R. Whitefleet
    Attorney for Sutter County

Dated: January 23, 2019

**BEST BEST & KRIEGER LLP**

By: /s/ Jeffry V. Dunn (as authorized on 01/23/19)
    Jeffrey V. Dunn
    Attorney for City of Yuba City

For the reasons stated above, the June 8, 2018 Initial Pretrial Scheduling Order and August 13, 2018 Minute Order are modified to allow non-expert discovery to be completed by April 1, 2019.

IT IS SO ORDERED.

Dated: January 25, 2019

_____
Troy L. Nunley
United States District Judge