1  LAURA CLAUSON FERREE, Cal. Bar No. 258127
   JESSICA HILLER, Cal. Bar No. 308063
2  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 D Street
3  Marysville, CA 95901
   Telephone:  530.742.5191
4  Facsimile:  530.742.0491
   Email:      jhiller@crla.org
5              lferree@crla.org

6  DAVID S. CANNON, Cal. Bar No. 209501
   SNEHAL DESAI, Cal. Bar No. 309434
7  DANIEL R. FONG, Cal. Bar No. 311985
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
8  A Limited Liability Partnership
   Including Professional Corporations
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
10 Telephone: 415.434.9100
   Facsimile:  415.434.3947
11 Email:      dcannon@sheppardmullin.com
               sndesai@sheppardmullin.com
12             dfong@sheppardmullin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, ROBERT MCMULLEN II, RIA HAGAN, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>Defendants. | Case No. 2:18-cv-00522-TLN-KJN<br><br>**STIPULATION AND JOINT MOTION FOR STAY OF DISCOVERY TO MAY 6, 2019 IN ORDER TO DISCUSS SETTLEMENT AND ORDER THEREON**<br><br>Judge: Hon. Hon. Troy L. Nunley<br><br>Magistrate Judge: Hon. Kendall J. Newman<br><br>No Trial Date Scheduled |

This stipulation is submitted by Plaintiffs and Defendants, through their respective counsel of record.

The parties respectfully submit this stipulation to modify the case scheduling order and stay

non-expert discovery from the date this joint motion is approved through **May 6, 2019** so that Plaintiffs and Defendant City of Yuba City can discuss settlement. Discovery is currently scheduled to close on **April 1, 2019**. If Plaintiffs and the City of Yuba City do not reach a settlement by May 6, 2019, non-expert discovery will recommence on **May 7, 2019** and close on **June 6, 2019**. Since no trial has been scheduled, this request will not affect the Court's calendar.

Plaintiffs and Defendant Sutter County have reached a resolution of the claims against the County, and are in the process of finalizing that settlement in order to seek dismissal of the claims against the County. If Plaintiffs and City of Yuba City can also resolve the claims against the City of Yuba City through negotiation during this proposed stay of discovery, the entire case can be voluntarily dismissed.

This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause. Plaintiffs have diligently pursued both written discovery and depositions, and have taken six depositions and noticed three more depositions. Defendant City of Yuba City has diligently pursued written discovery, has taken one deposition, and has noticed the depositions of the ten Plaintiffs.[1] There are currently eleven depositions on calendar in this matter – three to be taken by Plaintiffs and eight to be taken by Defendant City of Yuba City. All noticed depositions are currently scheduled to take place before the close of discovery on April 1, 2019. The remaining eleven depositions are scheduled to start on **Tuesday, March 19, 2019** and go through **March 29, 2019.**

Because Plaintiffs and the City of Yuba City wish to fully explore the possibility of resolving this matter, they seek a stay so that all parties can avoid the time and expense of the remaining eleven depositions while they pursue settlement. The parties jointly seek a stay of discovery through May 6, 2019 in order to allow sufficient time for the matter to be discussed by the City of Yuba City Council at their regularly scheduled meetings. The extension of time will not affect the Court's calendar since trial has not been scheduled. The case schedule has been modified

---

[1] Plaintiffs' counsel filed motions for leave to withdraw from representing two of the ten Plaintiffs due to their failure to communicate with Plaintiffs' counsel. *See* Doc 35 & 36. Those motions are pending.

twice: first, to extend the discovery deadline to February 16, 2019 (*see* Doc. 30), and then to extend discovery to April 1, 2019 (*see* Doc. 34).

For the reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and hereby stipulate as follows:

1. Discovery is stayed upon Order of the Court through May 6, 2019 so that Plaintiffs and the City of Yuba City may discuss settlement;

2. If Plaintiffs and the City of Yuba City do not reach a settlement by May 6, 2019, discovery will recommence on May 7, 2019 and close on June 6, 2019.

**IT IS SO STIPULATED:**

Dated: March 13, 2019    **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
    **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

    By: /s/ Laura Clauson Ferree
        Laura Clauson Ferree
        Attorney for Plaintiffs

Dated: March 13, 2019    **PORTER SCOTT**

    By: /s/ John R. Whitefleet (as authorized on 03/14/19)
        John R. Whitefleet
        Attorney for Sutter County

Dated: March 13, 2019
    **BEST BEST & KRIEGER LLP**

    By: /s/ Jeffrey V. Dunn (as authorized on 03/13/19)
        Jeffrey V. Dunn
        Attorney for City of Yuba City

**IT IS SO ORDERED:**

Dated: March 18, 2019

_____
Troy L. Nunley
United States District Judge