LAURA CLAUSON FERREE, Cal. Bar No. 258127
JESSICA HILLER, Cal. Bar No. 308063
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone: 530.742.5191
Facsimile: 530.742.0491
Email: jhiller@crla.org
lferree@crla.org

DAVID S. CANNON, Cal. Bar No. 209501
SNEHAL DESAI, Cal. Bar No. 309434
DANIEL R. FONG, Cal. Bar No. 311985
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: dcannon@sheppardmullin.com
sndesai@sheppardmullin.com
dfong@sheppardmullin.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, ROBERT MCMULLEN II, RIA HAGAN, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>Defendants. | Case No. 2:18-cv-00522-TLN-KJN<br><br>**STIPULATION AND JOINT MOTION FOR STAY OF DISCOVERY TO JULY 7, 2019 IN ORDER TO DISCUSS SETTLEMENT AND ORDER THEREON**<br><br>Judge: Hon. Hon. Troy L. Nunley<br><br>Magistrate Judge: Hon. Kendall J. Newman<br><br>No Trial Date Scheduled |

This stipulation is submitted by Plaintiffs and Defendants, through their respective counsel of record.

The parties respectfully submit this stipulation to modify the case scheduling order and stay

STIPULATION AND JOINT MOTION FOR STAY OF DISCOVERY AND [PROPOSED] ORDER THEREON- 1 -

non-expert discovery from the date this joint motion is approved through **July 7, 2019** so that Plaintiffs and Defendant City of Yuba City can discuss settlement. If Plaintiffs and the City of Yuba City do not reach a settlement by July 7, 2019, non-expert discovery will recommence on **July 8, 2019** and close on **August 7, 2019**. Since no trial has been scheduled, this request will not affect the Court's calendar. The parties had previously requested a stay of discovery until May 6, 2019, but need additional time to finalize proposed settlements.

This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause. As noted in the first request for a stay (Doc. 38), Plaintiffs and Defendant Sutter County have reached a resolution of the claims against the County, and are in the process of finalizing that settlement in order to seek dismissal of the claims against the County. Plaintiffs and Defendant City of Yuba City have also reached a resolution in principle, which if finalized, will result in dismissal of the entire case

For the reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and hereby stipulate as follows:

1. Discovery is stayed upon Order of the Court through July 7, 2019 so that the parties may discuss settlement;

2. If the parties do not reach a settlement by July 7, 2019, discovery will recommence on July 8, 2019 and close on August 7, 2019.

**IT IS SO STIPULATED:**

Dated: May 9, 2019  **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/ Laura Clauson Ferree
Laura Clauson Ferree
Attorney for Plaintiffs

Dated: May 10, 2019  **PORTER SCOTT**
By: /s/ John R. Whitefleet (as authorized on 5/10/19)

STIPULATION AND JOINT MOTION FOR STAY OF DISCOVERY AND [PROPOSED] ORDER THEREON- 2 -

John R. Whitefleet
Attorney for Sutter County

Dated: May 9, 2019        **BEST BEST & KRIEGER LLP**
By: /s/ Ashely E. Zambrano (as authorized on 05/09/19)
Ashley E. Zambrano
Attorney for City of Yuba City

**IT IS SO ORDERED:**

Dated: May 14, 2019

Troy L. Nunley
United States District Judge