JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
KIMBERLY E. HOOD, Bar No. 229195
kimberly.hood@bbklaw.com
ASHLEY E. ZAMBRANO, Bar No. 299090
ashley.zambrano@bbklaw.com
Best Best & Krieger LLP
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendant
City of Yuba City

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, ROBERT MCMULLEN II, RIA HAGAN, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>Defendants. | Case No. 2:18-cv-00522-TLN-KJN<br><br>**STIPULATION BY PLAINTIFFS AND DEFENDANT CITY OF YUBA CITY FOR STAY OF DISCOVERY UNTIL OCTOBER 31, 2019 TO IMPLEMENT SETTLEMENT; ORDER THEREON**<br><br>Judge: Hon. Troy L. Nunley<br><br>Magistrate Judge: Hon. Kendall<br><br>No Trial Date Scheduled |

- 1 -

STIPULATION AND ORDER

This stipulation is submitted by Plaintiffs and Defendant City of Yuba City ("Parties"), through their respective counsel of record.

The Parties respectfully submit this stipulation to modify the case scheduling order and stay of non-expert discovery from the date this joint motion is approved through **October 31, 2019** so that Plaintiffs and Defendant City of Yuba City can perform certain conditions precedent to a settlement agreement reached by the Parties. This stipulated request is made pursuant to Rule 16 of the Federal Rules of Civil Procedure for good cause. Plaintiffs and Defendant City of Yuba City have reached a resolution of all claims against the City, and are in the process of finalizing that settlement and performing certain conditions precedent necessary for Plaintiffs to file dismissal of the claims against the City. If the Parties' resolution does not result in full and final dismissal of all claims by October 31, 2019, non-expert discovery will recommence on November 1, 2019 and close on December 2, 2019. Since no trial has been scheduled, this request will not affect the Court's calendar. The parties previously requested a stay of discovery until July 7, 2019, but need additional time to finalize and implement the Parties' settlement.

For the reasons stated above, the Parties believe that the good cause standard of Rule 16(b) is met and hereby stipulate as follows:

1. Discovery is stayed upon Order of the Court through October 31, 2019 so that the Parties may finalize and implement settlement;
2. If the Parties do not reach a settlement that results in dismissal of all claims against the City by October 31, 2019, discovery will recommence on November 1, 2019 and close on December 2, 2019.

**IT IS SO STIPULATED:**

Dated: July 3, 2019    BEST BEST & KRIEGER LLP

By:  /s/ *Ashley E. Zambrano*
Ashley E. Zambrano
Attorney for City of Yuba City

///
///
///

- 2 -    STIPULATION AND ORDER

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

| | |
|---|---|
| Dated: July 3, 2019 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: /s/ *Laura Clauson Ferree*<br>Laura Clauson Ferree<br>Attorney for Plaintiffs |

**IT IS SO ORDERED:**

Dated: July 3, 2019

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER