LAURA CLAUSON FERREE, Cal. Bar No. 258127
JESSICA HILLER, Cal. Bar No. 308063
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone:  (530) 742-5191
Facsimile:  (530) 742-0491
jhiller@crla.org
lferree@crla.org

NEIL A.F. POPOVIC, Cal. Bar No. 132403
SNEHAL DESAI, Cal. Bar No. 309434
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
npopovic@sheppardmullin.com
sndesai@sheppardmullin.com
dfong@sheppardmullin.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, RIA HAGAN, ROBERT MCMULLIN II, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>　　　　Defendants. | Case No.: 2:18-cv-00522-TLN-KJN<br><br>**PLAINTIFFS AND DEFENDANT SUTTER COUNTY'S NOTICE OF SETTLEMENT** |

　　　Pursuant to Local Rule 160(a), Plaintiffs and the County of Sutter hereby notify the court of settlement between them.  Dispositional documents will be filed concurrently herewith.

Pursuant to Local Rule 131(e), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 10, 2019     **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/ Laura Clauson Ferree
Laura Clauson Ferree
Attorney for Plaintiffs

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

/s/ Neil A.F. Popović
Neil A.F. Popović
Attorney for Plaintiffs

Date: September 6, 2019     **PORTER SCOTT**

/s/ John R. Whitefleet
John R. Whitefleet
Attorney for Sutter County

Jeremiah *et al.* v. Sutter County *et al.*
Notice of Settlement