LAURA CLAUSON FERREE, Cal. Bar No. 258127
JESSICA HILLER, Cal. Bar No. 308063
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville, CA 95901
Telephone:  (530) 742-5191
Facsimile:  (530) 742-0491
jhiller@crla.org
lferree@crla.org

NEIL A.F. POPOVIC, Cal. Bar No. 132403
SNEHAL DESAI, Cal. Bar No. 309434
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
npopovic@sheppardmullin.com
sndesai@sheppardmullin.com
dfong@sheppardmullin.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, RIA HAGAN, ROBERT MCMULLIN II, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>           Plaintiffs,<br><br>      v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>           Defendants. | Case No.: 2:18-cv-00522-TLN-KJN<br><br>**PLAINTIFFS AND DEFENDANT SUTTER COUNTY'S STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, RIA HAGAN,

1

ROBERT MCMULLIN II, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER and Defendant COUNTY OF SUTTER, by and through their undersigned counsel, that any and all claims against Defendant COUNTY OF SUTTER be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Pursuant to Local Rule 131(e), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 10, 2019     **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/ Laura Clauson Ferree
Laura Clauson Ferree
Attorney for Plaintiffs

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

/s/ Neil A.F. Popović
Neil A.F. Popović
Attorney for Plaintiffs

Date: September 10, 2019     **PORTER SCOTT**

/s/ John R. Whitefleet
John R. Whitefleet
Attorney for Sutter County

## ORDER

The County of Sutter is hereby ordered dismissed with prejudice.

_____
District Court Judge Troy L. Nunley