| | |
|---|---|
| 1 | LAURA CLAUSON FERREE, Cal. Bar No. 258127 |
| | JESSICA HILLER, Cal. Bar No. 308063 |
| 2 | CALIFORNIA RURAL LEGAL ASSISTANCE, INC. |
| | 511 D Street |
| 3 | Marysville, CA 95901 |
| | Telephone: (530) 742-5191 |
| 4 | Facsimile: (530) 742-0491 |
| | jhiller@crla.org |
| 5 | lferree@crla.org |
| 6 | NEIL A.F. POPOVIC, Cal. Bar No. 132403 |
| | SNEHAL DESAI, Cal. Bar No. 309434 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 8 |   Including Professional Corporations |
| | Four Embarcadero Center, 17th Floor |
| 9 | San Francisco, California 94111-4109 |
| | Telephone: (415) 434-9100 |
| 10 | Facsimile: (415) 434-3947 |
| | npopovic@sheppardmullin.com |
| 11 | sndesai@sheppardmullin.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALFORNIA

| | |
|---|---|
| JOYCE JEREMIAH, BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, RIA HAGAN, ROBERT MCMULLIN II, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUTTER COUNTY, CITY OF YUBA CITY,<br><br>    Defendants. | Case No.: 2:18-cv-00522-TLN-KJN<br><br>**PLAINTIFFS' AND DEFENDANT CITY OF YUBA CITY'S STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JOYCE JEREMIAH,

BETTY LANE, PAULINE FLACK, SARAH JUAREZ, BETH MARTIN, RIA HAGAN,

ROBERT MCMULLIN II, ANDREW BLACKBURN, MICHAEL ROSE, BARTON SHAFER and Defendant CITY OF YUBA CITY, by and through their undersigned counsel, that any and all claims against Defendant CITY OF YUBA CITY be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Pursuant to Local Rule 131(e), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: December 3, 2019

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

/s/ Laura Clauson Ferree
Laura Clauson Ferree
Attorney for Plaintiffs

**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

/s/ Neil A.F. Popović
Neil A.F. Popović
Attorney for Plaintiffs

Date: December 3, 2019

**BEST BEST & KRIEGER LLP**

/s/ Ashley Zambrano
Ashley Zambrano
Attorney for City of Yuba City

## ORDER

The City of Yuba City is hereby ordered dismissed with prejudice.

Dated: December 4, 2019

_____
Troy L. Nunley
United States District Judge